**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) **Search Warrant No. 05-195m** |
| Plaintiff(s), | ) **CR 95-646-TUC-DCB (HCE)** |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| **In the Matter of the Search of:** | ) |
| **5374 N. Mesquite Bosque Way,** | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

    This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the release of the above referenced property on behalf of Bryan Freed.

    Magistrate Judge Estrada conducted an evidentiary hearing on December 14, 2005, and issued his Report and Recommendation on December 23, 2005 . A copy was faxed to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

    The Court, having made an independent review of the record, orders as follows:

    IT IS ORDERED that Magistrate Judge Estrada's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that the Motion for Release of Property is DISMISSED without prejudice, with leave to refile such motion as a new civil matter with a corresponding civil case number assigned.

DATED this 17th day of January, 2006.

David C. Bury
United States District Judge